MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>JAMAL SHAW,<br><br>    Defendant. | No. CR 12-00485 CW<br><br>ORDER DENYING MOTION FOR RELEASE BY DEFENDANT JAMAL SHAW PENDING SENTENCING<br><br>Date:    June 3, 2013<br>Time:    9:30 a.m.<br>Court:   Hon. Donna M. Ryu |

     Defendant Jamal Shaw pleaded guilty before the Court to Count One, conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1029(b)(2), and to Count Six, aggravated identity theft, in violation of 18 U.S.C. § 1028A, in the above-captioned Indictment on February 11, 2013, and Chief District Judge Claudia Wilken adopted the Court's Report and Recommendation on February 27, 2012 (dkts. 52, 55, 56). Defendant Shaw made the instant motion for release pending sentencing pursuant to Federal Rule of Criminal Procedure 46(c) and under the standards set forth in 18 U.S.C. 3143(a). A bail hearing was held on June 4, 2013

DETENTION ORDER
No. CR-12-00485 DMR        1

before the Court.

For the reasons stated on the record, the Court found that defendant Shaw failed to establish by clear and convincing evidence that he was not likely to flee or pose a danger to the community. In particular, as noted by both Pretrial Services and the government, defendant Shaw has numerous felony convictions with multiple failures to appear and probation violations. Considering the Pretrial Services' criminal history report, the nature of the offense, the arguments by counsel and the clear and convincing burden on defendant Shaw, the Court denied defendant Shaw's motion and ordered that he be detained under Rule 46(c) and 18 U.S.C. § 3143(a).

**ORDER**

Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. See 18 U.S.C. § 3142(i)(2). Defendant must be afforded a reasonable opportunity to consult privately with counsel. See 18 U.S.C. § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver defendant to the United States Marshal for a court appearance. See 18 U.S.C. § 3142(i)(4).

IT IS SO ORDERED.

DATED: June 5, 2013

HON. DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
No. CR-12-00485 DMR                    2